**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In Re:

THE PROPERTY ADVOCATES, P.A.                    Case No. 23-16797-RAM
                                                Chapter 11
    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

    C. Andrew Roy of the law firm of Winderweedle, Haines, Ward & Woodman, P.A., hereby files this Notice of Appearance as counsel for Creditor, SONIA ORTIZ, on her own behalf and on behalf of others similarly situated, in the above-styled bankruptcy case. All future pleadings, notices, orders, correspondence, and any other communications in this action should be sent to:

        C. ANDREW ROY
        WINDERWEEDLE, HAINES, WARD
        & WOODMAN, P.A.
        329 Park Avenue North, Second Floor
        Post Office Box 880
        Winter Park, FL 32790-0880
        aroy@whww.com
        spollard@whww.com

    PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit Creditor to the jurisdiction of the Court and it is without prejudice to its rights, remedies, and claims against other entities or individuals. This Notice of Appearance shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District

Court withdraw the reference in the case proceeding or contested matter subject to mandatory or discretionary withdrawal; or (4) request this Court to abstain from the case generally or any adversary proceeding or contested matters arising therein. All rights, remedies, claims, actions, defenses, setoffs or recoupments to which Creditor is, or may be, entitled to are hereby expressly reserved.

Dated: November 3, 2023

        /s/ C. Andrew Roy
        C. ANDREW ROY
        Florida Bar No. 91629
        aroy@whww.com
        **WINDERWEEDLE, HAINES, WARD**
        **& WOODMAN, P.A.**
        329 Park Avenue North, Second Floor
        Post Office Box 880
        Winter Park, FL 32790-0880
        Telephone: (407) 423-4246
        Fax: (407) 645-3728
        Counsel for Creditor, Sonia Ortiz, on her behalf
        and on behalf of others similarly situated

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2023, a copy of the foregoing has been furnished to all filing users through the CM/ECF filing system on all interested parties registered to receive electronic notification.

        /s/ C. Andrew Roy
        C. ANDREW ROY