**<u>Exhibit Cover Sheet</u>**

**Party Submitting: <u>The Property Advocates, P.A.</u>**          **Ex. #16**

**Admitted: Yes   or     No   (circle one)**

**Debtor: The Property Advocates, P.a.**

**Case No.: <u>23-16797-RAM</u>**

**Nature of Hearing: Amended Motion for Entry of an Order (I) Appointing a Chapter 11 Trustee, or (II) Dismissing the Case**

**Docket No.: 115**

**United States Bankruptcy Court**
**Southern District of Florida**

**Dated _____, 2023.**

**By: _____, Deputy Clerk**



**Scot Strems**

Yo  8:22 PM

Yo  8:32 PM ✓✓

I'm not a fan of that logo  8:32 PM

Haha you saw it?  8:33 PM ✓✓

Yes few minutes ago  8:35 PM

Apparently I have no say in the logo or much else  8:35 PM

I'm not ok with that  8:35 PM

I don't wanna come across as angry, but not thrilled at the moment  8:36 PM

I feel you  8:38 PM ✓✓

I don't think it's official yet  8:38 PM ✓✓

The white boys are in contact with whoever is doing it so holla at one of them I guess  8:39 PM ✓✓

Well I'm just conveying I want say...I've had my firm taken away from me for reasons neither I or anyone is clear on...still trying to figure out what I did worthy of a suspension.  8:40 PM

It's not like I've been paid off and cannot have any say.  8:41 PM

I get you. I told you that shit was overboard  8:42 PM ✓✓

I'm making this clear...I don't care what "suspension" is in place. I'm no stranger to this firm  8:42 PM



or anyone is clear on...still trying to figure out what I did worthy of a suspension.
8:40 PM

It's not like I've been paid off and cannot have any say.
8:41 PM

I get you. I told you that shit was overboard
8:42 PM ✓✓

I'm making this clear...I don't care what "suspension" is in place. I'm no stranger to this firm
8:42 PM

I will not let the narrative become that I'm somehow at fault and need to be an outcast
8:43 PM

I don't think anyone's said that. At least not in-house with us
8:43 PM ✓✓

Let's do that lunch with O now that he's free for the next couple weeks
8:44 PM ✓✓

Ok 8:44 PM

Dude, I'm not doing great...I know everyone has their shit but I'm struggling and I need some involvement to get through
8:45 PM

Honesty 8:45 PM

I bet 8:47 PM ✓✓

Drastic change like that ain't easy
8:48 PM ✓✓

Especially how it went down 8:48 PM ✓✓

We gotta talk soon 8:55 PM

Aight 9:03 PM ✓✓

 **Scot Strems**

start a college fund or something for her

Jul 1, 2021

1:58 PM ✓✓

Dude... 2:04 PM

I have plans, I just need my firm back 2:05 PM

If I'm allowed I will make sure she is good

2:05 PM

Kalish wanted to speak to HP and I about it yesterday. He's going to speak with Liebman since he's helping Cristina with tax and probate stuff. Says they'll come up with a plan that can let us still pay her, at minimum for the rest of the year, any funds he would've been entitled to

2:08 PM ✓✓

ADP is making us terminate him by July 7

2:09 PM ✓✓

But they say we can pay Cobra insurance for Cristina and Stella for 36 months max which I said absolutely yes to.

2:09 PM ✓✓

> **Scot Strems**
> I have plans, I just need my firm back

Soon man. Soon 2:09 PM ✓✓

I have to ask Felipe today for his death certificate so we can provide to ADP and the Bar... that's a call and email I am not looking forward to receiving at all.

2:10 PM ✓✓

We must help however 2:12 PM

Absolutely 2:12

That is something I will fight whoever he have to if they even think to say anything different

2:13 PM ✓✓


Aug 9, 2021

Yo  2:03 PM

Yo yo  2:07 PM ✓✓

What's up  2:07 PM ✓✓

Just a friendly message...Re: Nicky  2:09 PM

I think it's best to make efforts with her to
retain her  2:10 PM

She's good people and puts in some effort
which is more than can be said for most
worthless lawyers these daya  2:10 PM

Days  2:10 PM

Yep  2:10 PM ✓✓

Wouldn't want to lose her  2:10 PM

She's considering leaving?  2:10 PM ✓✓

Things have gone well with her and she's really
made strides to be a big girl  2:11 PM ✓✓

Oh I'm not saying that  2:11 PM

Unlike the others. I'm sure you know about the
tantrum and resignation  2:11 PM ✓✓

However, she doesn't give you the "I'm here to
stay" words either  2:12 PM

Ah gotcha. Yeah Nicky is good.  2:12  ⌄

Cecile advised of the resignation  2:12 PM

+　　　　　　　　　　　　　🔲　📷　🎤

**Scot Strems**

Yeah she was up to her usual shit last week again man. We've all had enough
2:12 PM

Not even going to try to salvage. Enough already
2:12 PM

Understood  2:12 PM

I just want some bodies when I'm back
2:13 PM

And that willl be soon  2:13 PM

We're on it already  2:13 PM

Good  2:13 PM

Any news from your people?  2:13 PM

Ok cool  2:13 PM

Not yet  2:13 PM

News will come from SC  2:14 PM

True  2:14 PM

Adjusters at cpic will know before "my people"
2:14 PM

You know how it is  2:14 PM

True too. They'll probably ghostwrite whatever opinion comes anyway
2:14 PM

Nah  2:14 PM

Either way, looking forward to the end  2:15

Yes sir  2:15 PM

**Scot Strems**

Sep 30, 2021

Yo  6:04 PM

Yoo  6:04 PM ✓✓

Who's gonna appear for firm tomorrow?  6:05 PM

Me, hunter, Cecile  6:06 PM ✓✓

Maybe MP  6:06 PM ✓✓

MP for what?  6:06 PM

Whatever doesnt matter  6:06 PM

No clue but you know what it is  6:06 PM ✓✓

They're in the same office  6:06 PM ✓✓

Ain't no dollars that originate from me or firm crossing the threshold  6:07 PM

You follow?  6:07 PM

Yes sir  6:07 PM ✓✓

We're on same page there  6:07 PM ✓✓

Cool  6:07 PM

Just chatted with Tampa whites  6:07 PM

Told them same  6:07 PM

Ah. We're about to do same  6:08

It was indirectly suggested  6:08 PM

**Scot Strems**

Cool  6:07 PM

Just chatted with Tampa whites  6:07 PM

Told them same  6:07 PM

Ah. We're about to do same  6:08 PM

It was indirectly suggested  6:08 PM

Any minute now  6:08 PM

I said from NO one  6:08 PM

Aight  6:08 PM

Yep  6:08 PM

Thx meng  6:08 PM

Ju got it  6:08 PM

Feel good to be back in the states?  6:09 PM

Feels great  6:09 PM

Enjoy cable tv and streaming  6:09 PM

Haha and good streets and parking  6:10 PM

Love America  6:10 PM

Lol all good things  6:11 PM

Why are Miami fans so obnoxious?  8:56 PM

Canes fans? Cause it's Miami. Lol everyone is obnoxious down here  9:09 PM



**Scot Strems**

Same bs as always  1:54 PM

Oct 14, 2021

I've been fighting every bar case without fear...and you know damn well these cases are against the firm even though my name is on it
1:54 PM

The same should be done on Rico  1:54 PM

Trust me I'm right there with you on this
1:54 PM ✓✓

Especially rico  1:55 PM

What's gonna happen is gonna happen...again, we are are not on control.

But from my perspective...when I return, I'd like everyone to have the right mindset. Fear ain't it for me
1:57 PM

I know  1:58 PM ✓✓

You got time for coffee or something later?
2:16 PM ✓✓

Not today Or tomorrow
When are you available?  2:28 PM

Well maybe tomorrow early afternoon  2:30 PM

Yeah that works  2:30 PM ✓✓

Tomorrow is my daughters bday but she's not out of school till about 2:30
2:30 PM

Oh. Happy birthday to her!  2:31 PM ✓✓

Thx  2:31 PM

 **Scot Strems**    

> never changed. I won't speak for the other two but with me, I think I've kept ~~Jul 8, 2022~~ us

> Incorrect, but we can discuss in person   11:33 AM

> Please lmk what day/time/location next week
> 11:35 AM

Aight   11:46 AM ✓✓

> Relative privacy would be ideal. Thank you. Don't read anything into my tone other than I'm fed up with this. They got 2 years outta me and looks like they'll get more. AND I have yet to receive due process...AND this I trusted to hold my baby, my kid, my creation....I hope you get it.
>
> I will communicate diplomatically.   12:05 PM

I understand. If we need some more privacy than usual, let's do dinner or something
12:14 PM ✓✓

Monday evening works for me   12:14 PM ✓✓

> Those*   12:15 PM

> Not this   12:15 PM

> And Monday evening works   12:16 PM

> Location?   12:16 PM

Wherever. Somewhere at Merrick? Or a more low key place?
12:17 PM ✓✓

> I'm good with Perry's
> Although I associate orlando with Perry's...and actually as I think about it now, Perry's seems ideal   12:18 PM



   

hand may be forced. I don't wanna go down that path

Jul 12, 2022          1:25 PM

Que? I haven't even spoken to him yet    1:25 PM

He doesn't even know you and I went to dinner
1:25 PM

Ben sent an email re: 15k    1:25 PM

HP quick chimed in: send the 15k to TPA
1:26 PM

Quickly    1:26 PM

Ah    1:26 PM

I will speak with him. I know the last time we spoke we said absolutely no to Kamilar getting it directly    1:27 PM

Send me thread since I'm not in it    1:27 PM

Or I'll just address on the side    1:27 PM

Brother I'm gonna explicitly tell you and request....I need an advocate. As many as possible. I left it up to you last night, but I have a world of fight in me. I'm gonna pay attention to who backs me going forward. I'm not going to let anyone take away what's mine    1:28 PM

Thank you    1:28 PM

> **BK**  **Benedict P. Kuehne**          1:05 PM
> To: Cecile, Michael & 2 more... >
>
> **\*\*\* CONFIDENTIAL \*\*\* Strems - Payment to Israel "Izzy" Reyes**
>
> Cecile, can you direct this to the correct person at TPA. I am copying Scot and Hunter and

3:23    5G+ 100

< **Scot Strems**

Name: The Property Advocates, P.A.
Attention: Maria Mondragon
Address: 2525 Ponce De Leon Blvd Suite 600
              Coral Gables, FL 33134
Total: $15,000.00                    1:39 PM

> Just got off the phone with HP. Another email is being sent out directing Izzy to provide the payment to you.    1:53 PM

> Kamilar and/or TPA won't take the 15k    1:55 PM

Thank you    2:00 PM

Thank you    2:00 PM

I'm fuming man...idk how much longer I can wait    2:04 PM

> I bet    2:06 PM

> I know your other lawyers may not know shit but even Ben? No whispers whatsoever about a timeline or something?    2:07 PM

Nothing    2:07 PM

And I strongly feel this marketing blunder needs to be avoided. I'm telling you...that's money that will never been seen again    2:08 PM

Be*    2:08 PM

These boys need to prepare for their transition...that's what I truly feel    2:09 PM

> I hear you    2:10 PM

> Besides this Izzy topic, the rest of our conversation(s) isn't being discussed with him for now    2:11 PM

> Or at all    2:12 PM

I'm not saying you shouldn't    2:??PM

**Scot Strems**

I hear you    2:10 PM ✓✓

Besides this Izzy topic, the rest of our conversation(s) isn't being discussed with him for now    2:11 PM ✓✓

Or at all    2:12 PM ✓✓

I'm not saying you shouldn't    2:22 PM

In fact you should    2:22 PM

I don't need anyone to hear me    2:22 PM

I need for my money and hard work to not be thrown down the drain    2:23 PM

WE ALL need that not to happen    2:23 PM

I think that should go without saying. What was the point of the last two years then? I didn't stick around to flush my time or the firm down the toilet    2:24 PM ✓✓

Trust me when I tell you I understand. we've ALL been through some shit these last couple years. You and I are on same page    2:25 PM ✓✓

Then I hope money is spent on this pretender marketing    2:27 PM

Cécile and I are heading to Orlando tomorrow so I will share with them when we are all together    2:28 PM ✓✓

Is this a "marketing" trip? Or a tired of more BS trip?    2:31 PM

A mix of everything. I also haven't been there some time.    2:32 PM ✓✓

3:23

5G+ 100



**Scot Strems**

 

Fax: 305.789.5987                    3:06 PM

I have a strong suspicion you guys are about to throw away money...or rather, already have
3:07 PM

Ok. Ben did not include me in that thread. HP will respond and add me in so I can see from now on.
3:11 PM ✓✓

The answer coming will be we'll deal with Kamilar
3:11 PM ✓✓

We have a meeting. We'll see
3:12 PM ✓✓

Fuck Kamilar    3:12 PM

He's sending invoices    3:12 PM ✓✓

No one needs to deal with him    3:12 PM

Tell him to deal with me    3:12 PM

And I'm serious    3:12 PM

And threatening suit and or collections which is bullshit
3:12 PM ✓✓

First bitch MF I'll run into the ground    3:13 PM

Against us personally and the firm    3:13 PM ✓✓

He disappeared for a bit until this Izzy thing came up again
3:13 PM ✓✓

He's all tall    3:14 PM

Talk*    3:14 PM

Tell him to deal with me    3:14 PM

**Scot Strems**



A little happiness                    1:26 PM

Ooo beautiful  1:36 PM ✓✓

Jul 19, 2022

Gm
It's the 19th, finally got a check. I won't comment any further on actual check.

Supposedly it had to be requested in the form of a reminder...Maria ain't the same          10:20 AM

This is me communicating with you   10:20 AM

Yo morning. I actually spoke to Maria about it yesterday and she told me Georgie called out sick and she would give it to her when she got back in office          10:24 AM ✓✓

My assessment still applies   10:28 AM

Some gonna be singing new tunes soon

Human behavior is a trip          10:29 AM

She's just got a lot going on right now. It's not her          10:35 AM ✓✓

But in terms of this month, it's not on her. Mark's girl ended up not showing at the end the week as planned. Saw her in the office yesterday.          10:36 AM ✓✓

Aug 11, 2022

Yo yo. I hear Georgie is out this week. Do you want an envelope mailed to you or wait til she's back? 5:04 PM

Yo 5:46 PM

Not sure 5:46 PM

Has check been cut? 5:58 PM

I believe Maria was holding til Georgie was back to cut. I was just checking with you if you want me to get her to cut it tomorrow 5:59 PM

If I wait, the amount magically change when cut? 5:59 PM

Will* 6:00 PM

Nope 6:09 PM

I just wanted to check with you on this before I go out of town towards the end of the week 6:10 PM

But if you wanna wait all good 👍🏽 6:10 PM

Wait seems to be the only option meng. Thank you 6:12 PM

De nada 6:12 PM

Is there some other option you think exists? Not sure what you're checking on. Nothing to do but wait 6:13 PM

Enjoy your travels 6:14 PM


De nada   6:12 PM ✓✓

Aug 15, 2022

Is there some other option you think exists? Not sure what you're checking on. Nothing to do but wait   6:13 PM

Enjoy your travels   6:14 PM

I meant checking with you if you wanted it mailed or something since I know Georgie usually handles that personally   6:14 PM ✓✓

If you want it handled by someone else or mailed, I'll have that done first thing tomorrow   6:14 PM ✓✓

Who?   6:15 PM

Who can I trust?   6:15 PM

I check if Carlos is available if you're cool with him   6:15 PM ✓✓

Other than that, yeah there's no one really else I would trust to handle anything like this   6:16 PM ✓✓

Carlos has his own set of problems.

I don't even trust the amount. What's the amount?   6:18 PM

Gotcha   6:21 PM ✓✓

I'll confirm that mañana. Should be the same as usual. Haven't heard of anything that would call for any lower or anything   6:22 PM ✓✓

There is no usual   6:22 PM

What's your version of usual?   6:22 PM


hear anything bad from accounting monthly audit
6:25 PM ✓✓

Have you ever heard anything bad? 6:25 PM

Aug 19, 2022

Gm Chris
Haven't heard back 8:25 AM

Good morning, no there hasn't been anything bad. Just the usual bs in general
8:48 AM ✓✓

Nothing new 8:49 AM ✓✓

Im referring to check amount 8:50 AM

And Im not privy to why the usual bs is
8:50 AM

Idk what that means 8:50 AM

What* 8:50 AM

I last spoke to Maria about it before I left. It is 100k again per Mark's accounting and Maria is waiting til Georgie gets back since both she and Carlos were out this week and there's no one else trustworthy for this.
8:52 AM ✓✓

And by usual bs, I mean the shit talking we hear everyday for 2 plus years. That's all 8:53 AM ✓✓

Ok I'm not gonna get into the amount, because it will accomplish nothing. But ultimately I feel money is being squandered and/or pocketed....I can't pretend and hold that in. I'll say no more.
8:56 AM

pwu=QTRIeEQ3RHiXemxZUUpUUTZubGFZ-
Zz09

Oct 13, 2022

Meeting ID: 959 2245 6046
Passcode: 620705                    10:20 AM ✓✓

Ben says he is attending and he gave me the
quick rundown                       11:06 AM

Ok good 👍 11:10 AM ✓✓

Thx 11:10 AM

Uneventful? 12:53 PM

Uneventful. Another hearing on 11/3. 21 more
days to finish the audit and status report. Good
news is Womack can't hold back on
disbursements anymore. Client money can
start flowing again                1:00 PM ✓✓

It's all been on hold since Kailish switch
                                   1:00 PM ✓✓

I was on MSJ so by the time I got on was for
the end                            1:01 PM ✓✓

Thx 1:08 PM

Yo, I've never made this request but this month
and next, I really need the checks to be strong.
The 100k stuff is gonna cause some more
unnecessary issues in my life. thank you for
understanding                      5:26 PM

Ok I'll speak with Hp after mark/Amanda do the
monthly accounting. I'm not sure if that's being
done tomorrow or Monday            6:22

Please and thank you 7:22 PM

**Scot Strems**

Dec 17, 2022

Appreciate the gift, thank you very much

9:50 AM

You're welcome. Hope you enjoy it man

10:46 AM

For the sake of clarity on the above...."make an effort" refers to me, not in house. The survival and future of this firm is in me, no one else.

11:53 AM

Dec 22, 2022

Yo. Just heard the news. That's fucking bullshit. I'm so sorry man. I know it's been a weird week but I want you to know I'm here man, really. I always saw you as more than just a boss or colleague. I care for you man and Nothing has changed. Let's get together one of these days, whenever you're feeling up for it.

12:46 PM

All bullshit aside, I'm here if you wanna just get together and do anything to get your mind off shit

12:47 PM

I don't know what to say or think    2:29 PM

I think a meeting next week will be needed

2:29 PM

> **Scot Strems**
> I don't know what to say or think

I can't imagine. It's tough. I'm sorry m

2:30 PM


at my own firm.

`Jan 12, 2023`

ALL of you have lived off me for 2.5 years and I've lost over 15M while you guys take money that belongs to me without earning it.

This is purely a vent, but had hunter contributed to TPA? He's only been a cancer

5:24 PM

Somehow* 5:24 PM

And I love orlando man and miss him like crazy….but Cristina was not my side chick… what's with the windfall at my expense!?

5:25 PM

It's insane 5:25 PM

Chris you gotta step up
No more bullshit
I need all data and if we're gonna salvage this firm I need to made while and hunter needs to move on immediately

5:26 PM

Whole* 5:26 PM

I have some more irony for you re:2021 but I need a break….blood pressure at dangerous levels

5:26 PM

This is all painfully appalling!!! 5:28 PM

There's no bullshit on my end. I'm not going to speak for anyone but myself. As I repeated multiple times today, and notice how Mark never disagreed, was how I was under the impression, based on every interaction I've had with Mark since Day One, is that he was to manage the books monthly, report back, an make the decisions or at least provide the guidance with how funds were to be allocated

 
 **Scot Strems** 

> Will have that info in a few hours  12:37 PM ✓✓

Thank you  12:37 PM

I wanna reach out to Cristina  12:40 PM

Just to clarify
You're going to bank to make a deposit back into the firm?  12:41 PM

> To compile the numbers so I have everything clear on my end and so when we all sit together we can figure out what needs to go back  12:43 PM ✓✓

Ok and who's included in all?  12:44 PM

> Isn't that what the email is about? A meeting to talk about the agreements and what needs to be paid back into the firm?  12:45 PM ✓✓

Yes
However what is a meeting doesn't happen or takes some time to happen?  12:46 PM

If*  12:47 PM

> I will call Mark after I have everything and take it from there then  12:49 PM ✓✓

I really and truly need a substantial payment from the firm asap

Pretend I'm Cristina Romero and send me 2M  12:50 PM

Sorry a little angry I know, but it's true  12:51 PM

I've lost enough  12:52 PM

