Outlook

## Re: CHECKS

| | |
|---|---|
| From | mcclaims.com @mcclaims.com> |
| Date | Thu 7/29/2021 1:53 PM |
| To | Maria <​@thepropertyadvocates.com>; Debbie @thepropertyadvocates.com>; David @thepropertyadvocates.com> |
| Cc | Check Processing <checkprocessing@thepropertyadvocates.com>; Rosalyn @thepropertyadvocates.com>; Maria @thepropertyadvocates.com>; mmendiola03@gmail.com <mmendiola03@gmail.com>; Settlement <settlement@thepropertyadvocates.com> |

📎 1 attachment (15 KB)
[Untitled](14).pdf;

> **[EXTERNAL EMAIL]** DO NOT CLICK link or attachments if you are unsure of their origin.

Good Afternoon ,
Please see letter attached.




*Katerin Pizarro*
*Office : 786-706-8488*
*Fax : 305-489-7955*
*INTENDED ADDRESSEE(S):*

*This transmission is intended to be delivered only to the named addressee(s)and may contain information which is confidential, proprietary, attorney  work-product or attorney-client privileged. If this notification is received  by anyone other than the intended recipient(s), the recipient(s) should  immediately notify the undersigned by E-MAIL and by telephone and obtain  instructions as to the disposal of the transmitted material. In no event*
*shall this material be read, used, copied, reproduced, stored or retained by*
*anyone other than the intended recipient(s) except with the express written*

consent of the sender.

DISCLAIMER NOTE:

Disclaimer regarding Uniform Electronic Transactions Act ("UETA") (Florida
Statutes Section 668.50): If this communication concerns negotiation of a contract or agreement, the UETA does not apply to this communication; Contract formation in this matter shall occur only with manually-affixed original signatures on original documents.

**From:** Maria ▬▬▬▬▬▬▬▬▬ @thepropertyadvocates.com>
**Sent:** Thursday, July 29, 2021 1:08 PM
**To:** ▬▬▬ mcclaims.com <▬▬▬@mcclaims.com>; Debbie ▬▬▬▬▬ @thepropertyadvocates.com>; David ▬▬▬▬▬▬ @thepropertyadvocates.com>
**Cc:** Check Processing <checkprocessing@thepropertyadvocates.com>; Rosalyn ▬▬▬ @thepropertyadvocates.com>; Maria ▬▬▬▬▬▬ @thepropertyadvocates.com>; mmendiola03@gmail.com <mmendiola03@gmail.com>; Settlement <settlement@thepropertyadvocates.com>
**Subject:** RE: CHECKS

Good Afternoon,

Please send the letter to us again once Miguel has physically signed it. Thank you.



**Maria** ▬▬▬▬▬▬
**Accounting Department Supervisor**
www.ThePropertyAdvocates.com
Email: ▬▬▬@thepropertyadvocates.com
E-Service: pleadings@thepropertyadvocates.com

786.430.0882 o | 305.459.1589 f
**DIRECT:(786) 475-3264**

501 E. Kennedy Blvd., Suite 1030 | Tampa | FL | 33602
420 South Orange Avenue, Suite 140 | Orlando | FL | 32801
2525 Ponce De Leon Blvd., Suite 600 | Coral Gables | FL | 33134

NOTICE: This e-mail, any files, and or attachments transmitted with it are confidential and may contain information which is legally privileged or otherwise exempt from disclosure. They are intended solely for the use of the individual or entity that this e-mail is addressed to. If you are not one of the named recipients or otherwise have reason to believe that you have received this message in error, please immediately notify the sender and delete this message from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited, and may violate law.

**From:** ▬▬▬ mcclaims.com ▬▬▬@mcclaims.com>
**Sent:** Thursday, July 29, 2021 1:01 PM
**To:** Maria ▬▬▬▬▬▬▬ @thepropertyadvocates.com>; Debbie ▬▬▬▬▬ @thepropertyadvocates.com>; David ▬▬▬▬▬▬ @thepropertyadvocates.com>
**Cc:** Check Processing <checkprocessing@thepropertyadvocates.com>; Rosalyn ▬▬▬ @thepropertyadvocates.com>; Maria ▬▬▬▬▬▬ @thepropertyadvocates.com>; mmendiola03@gmail.com; Update <update@thepropertyadvocates.com>; Settlement <settlement@thepropertyadvocates.com>
**Subject:** Re: CHECKS

> **[EXTERNAL EMAIL]** DO NOT CLICK link or attachments if you are unsure of their origin.

Good Afternoon ,
Please see letter as requested.

*Katerin Pizarro*
*Office : 786-706-8488*
*Fax : 305-489-7955*
*INTENDED ADDRESSEE(S):*

*This transmission is intended to be delivered only to the named addressee(s)and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this notification is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the undersigned by E-MAIL and by telephone and obtain instructions as to the disposal of the transmitted material. In no event*
*shall this material be read, used, copied, reproduced, stored or retained by*
*anyone other than the intended recipient(s) except with the express written*
*consent of the sender.*

*DISCLAIMER NOTE:*

*Disclaimer regarding Uniform Electronic Transactions Act ("UETA") (Florida*
*Statutes Section 668.50): If this communication concerns negotiation of a contract or agreement, the UETA does not apply to this communication; Contract formation in this matter shall occur only with manually-affixed original signatures on original documents.*

**From:** Maria ▉▉▉▉▉▉▉▉▉▉▉▉@thepropertyadvocates.com>
**Sent:** Monday, July 26, 2021 5:33 PM
**To:** Debbie ▉▉▉▉▉▉▉▉▉▉@thepropertyadvocates.com>; ▉▉▉mcclaims.com <▉▉▉@mcclaims.com>; David ▉▉▉▉▉▉▉▉▉▉@thepropertyadvocates.com>
**Cc:** Check Processing <checkprocessing@thepropertyadvocates.com>; Rosalyn ▉▉▉ ▉▉▉@thepropertyadvocates.com>; Maria ▉▉▉▉▉▉▉▉▉▉@thepropertyadvocates.com>; mmendiola03@gmail.com <mmendiola03@gmail.com>; Update <update@thepropertyadvocates.com>;

Settlement <settlement@thepropertyadvocates.com>
**Subject:** RE: CHECKS

Good Afternoon,

In order for new checks to be issued under this name, we would need a letter from Master Claims on your letter head advising of this name change and all invoices moving forward once this letter is received should be made under the new company name. Please advise if you have any questions. Thank you.



**Maria**
**Accounting Department Supervisor**
www.ThePropertyAdvocates.com
Email: ▮▮▮@thepropertyadvocates.com
E-Service: pleadings@thepropertyadvocates.com

786.430.0882 o | 305.459.1589 f
**DIRECT:(786) 475-3264**

501 E. Kennedy Blvd., Suite 1030 | Tampa | FL | 33602
420 South Orange Avenue, Suite 140 | Orlando | FL | 32801
2525 Ponce De Leon Blvd., Suite 600 | Coral Gables | FL | 33134

NOTICE: This e-mail, any files, and or attachments transmitted with it are confidential and may contain information which is legally privileged or otherwise exempt from disclosure. They are intended solely for the use of the individual or entity that this e-mail is addressed to. If you are not one of the named recipients or otherwise have reason to believe that you have received this message in error, please immediately notify the sender and delete this message from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited, and may violate law.

**From:** Debbie ▮▮▮▮▮▮▮ <▮▮▮@thepropertyadvocates.com>
**Sent:** Monday, July 26, 2021 5:10 PM
**To:** ▮▮▮mcclaims.com <▮▮▮@mcclaims.com>; David ▮▮▮▮▮▮▮ <▮▮▮@thepropertyadvocates.com>; Maria ▮▮▮▮▮▮▮ <▮▮▮@thepropertyadvocates.com>
**Cc:** Check Processing <checkprocessing@thepropertyadvocates.com>; Rosalyn ▮▮▮ <▮▮▮@thepropertyadvocates.com>; Maria ▮▮▮▮▮▮▮ <▮▮▮@thepropertyadvocates.com>; mmendiola03@gmail.com; Update <update@thepropertyadvocates.com>
**Subject:** RE: CHECKS

Good afternoon,

    Copying Maria Mondragon. Thanks in advance.



**Debbie** ▮▮▮▮▮▮▮
**Pre-Litigation Department Supervisor**
www.ThePropertyAdvocates.com
Email: ▮▮▮@thepropertyadvocates.com
E-Service: pleadings@thepropertyadvocates.com

786.430.0882 o | 305.459.1589 f
**DIRECT:(786) 475-3466**

2525 Ponce De Leon Blvd., Suite 600 | Coral Gables | FL | 33134

NOTICE: This e-mail, any files, and or attachments transmitted with it are confidential and may contain information which is legally privileged or otherwise exempt from disclosure. They are intended solely for the use of the individual or entity that this e-mail is addressed to. If you are not one of the named recipients or otherwise have reason to believe that you have received this message in error, please immediately notify the sender and delete this message from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited, and may violate law.

**From:** ▮ mcclaims.com <▮@mcclaims.com>
**Sent:** Monday, July 26, 2021 5:03 PM
**To:** David ▮ @thepropertyadvocates.com>
**Cc:** Check Processing <checkprocessing@thepropertyadvocates.com>; Rosalyn ▮ @thepropertyadvocates.com>; Maria ▮ @thepropertyadvocates.com>; mmendiola03@gmail.com; Update <update@thepropertyadvocates.com>
**Subject:** CHECKS
**Importance:** High

> **[EXTERNAL EMAIL]** DO NOT CLICK link or attachments if you are unsure of their origin.

Good Afternoon ,
Please be advised moving forward we need all checks made under MPH South Florida LLC . Kindly advise what is needed from us to do so .

*Katerin Pizarro*
*Office : 786-706-8488*
*Fax : 305-489-7955*
*INTENDED ADDRESSEE(S):*

*This transmission is intended to be delivered only to the named addressee(s)and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this notification is received by anyone other than the intended recipient(s), the recipient(s) should immediately notify the undersigned by E-MAIL and by telephone and obtain instructions as to the disposal of the transmitted material. In no event*
*shall this material be read, used, copied, reproduced, stored or retained by*
*anyone other than the intended recipient(s) except with the express written*
*consent of the sender.*

*DISCLAIMER NOTE:*

*Disclaimer regarding Uniform Electronic Transactions Act ("UETA") (Florida Statutes Section 668.50): If this communication concerns negotiation of a contract or agreement, the UETA does not apply to this communication; Contract formation in this matter shall occur only with manually-affixed original signatures on original documents.*



Thursday, July 29, 2021

To whom it may concern:

    From this day forward please make all of Master Claims Consultant's checks payable to MPH South Florida LLC. If you have any questions or concerns, please contact our office to 305-409-9018.

Thank you,

Miguel Mendiola

# MPH South Florida LLC
## Jan 2019 - May 2025

| | Type | Number | Date | Amount | Yearly Total |
|---|---|---|---|---|---|
| **2020** | | | | | |
| | Bill Pmt -Check | | 12/31/2020 | $ - | |
| | | | | 2020 = $ | - |
| **2021** | | | | | |
| | Bill Pmt -Check | 1935 | 08/04/2021 | $ 1,600.00 | |
| | Bill Pmt -Check | 1955 | 08/12/2021 | $ 2,337.34 | |
| | Bill Pmt -Check | 1965 | 08/16/2021 | $ 8,000.00 | |
| | Bill Pmt -Check | 1967 | 08/17/2021 | $ 10,669.98 | |
| | Bill Pmt -Check | 2262 | 08/17/2021 | $ 8,550.00 | |
| | Bill Pmt -Check | 1970 | 08/18/2021 | $ 2,669.33 | |
| | Bill Pmt -Check | 2265 | 08/18/2021 | $ 5,000.00 | |
| | Bill Pmt -Check | 1974 | 08/19/2021 | $ - | |
| | Bill Pmt -Check | 2268 | 08/19/2021 | $ 215.00 | |
| | Bill Pmt -Check | 2278 | 08/20/2021 | $ 12,300.00 | |
| | Bill Pmt -Check | 1978 | 08/20/2021 | $ 11,000.00 | |
| | Bill Pmt -Check | 2281 | 08/20/2021 | $ 4,850.00 | |
| | Bill Pmt -Check | 1984 | 08/23/2021 | $ 6,800.00 | |
| | Bill Pmt -Check | 2302 | 08/23/2021 | $ 6,650.00 | |
| | Bill Pmt -Check | 2295 | 08/24/2021 | $ 14,950.00 | |
| | Bill Pmt -Check | 2299 | 08/24/2021 | $ 150.00 | |
| | Bill Pmt -Check | 1986 | 08/24/2021 | $ 11,274.86 | |
| | Bill Pmt -Check | 2310 | 08/24/2021 | $ 8,300.00 | |
| | Bill Pmt -Check | 1988 | 08/25/2021 | $ 11,028.80 | |
| | Bill Pmt -Check | 1991 | 08/26/2021 | $ 8,107.84 | |
| | Bill Pmt -Check | 2318 | 08/27/2021 | $ 4,650.00 | |
| | Bill Pmt -Check | 2347 | 08/30/2021 | $ 650.00 | |
| | Bill Pmt -Check | 2006 | 08/31/2021 | $ 706.31 | |
| | Bill Pmt -Check | 2352 | 09/01/2021 | $ 5,300.00 | |
| | Bill Pmt -Check | 2011 | 09/02/2021 | $ 7,681.68 | |
| | Bill Pmt -Check | 2362 | 09/03/2021 | $ 2,800.00 | |
| | Bill Pmt -Check | 2368 | 09/06/2021 | $ 12,435.94 | |
| | Bill Pmt -Check | 2366 | 09/07/2021 | $ 7,000.00 | |
| | Bill Pmt -Check | 2024 | 09/09/2021 | $ 38,000.00 | |
| | Bill Pmt -Check | 2381 | 09/09/2021 | $ 2,000.00 | |
| | Bill Pmt -Check | 2387 | 09/10/2021 | $ 1,650.00 | |
| | Bill Pmt -Check | 2398 | 09/14/2021 | $ 6,450.00 | |
| | Bill Pmt -Check | 2032 | 09/15/2021 | $ 2,127.25 | |
| | Bill Pmt -Check | 2407 | 09/15/2021 | $ 5,000.00 | |
| | Bill Pmt -Check | 2425 | 09/20/2021 | $ 7,720.00 | |

| Type | Num | Date | Amount |
|---|---|---|---|
| Bill Pmt -Check | 2042 | 09/20/2021 | $ 56.22 |
| Bill Pmt -Check | 2431 | 09/21/2021 | $ 15,000.00 |
| Bill Pmt -Check | 2436 | 09/22/2021 | $ 7,000.00 |
| Bill Pmt -Check | 2054 | 09/24/2021 | $ 6,980.00 |
| Bill Pmt -Check | 2453 | 09/24/2021 | $ 6,150.00 |
| Bill Pmt -Check | 2057 | 09/27/2021 | $ 2,039.36 |
| Bill Pmt -Check | 2463 | 09/27/2021 | $ 2,150.00 |
| Bill Pmt -Check | 2060 | 09/28/2021 | $ 3,928.13 |
| Bill Pmt -Check | 2471 | 09/28/2021 | $ 4,000.00 |
| Bill Pmt -Check | 2063 | 09/29/2021 | $ 3,563.58 |
| Bill Pmt -Check | 2484 | 09/29/2021 | $ 47,003.35 |
| Bill Pmt -Check | 2485 | 09/29/2021 | $ 23,627.58 |
| Bill Pmt -Check | 2067 | 09/30/2021 | $ 1,440.00 |
| Bill Pmt -Check | 2073 | 10/01/2021 | $ 1,400.00 |
| Bill Pmt -Check | 2493 | 10/04/2021 | $ 1,950.00 |
| Bill Pmt -Check | 2494 | 10/04/2021 | $ 165.00 |
| Bill Pmt -Check | 2498 | 10/05/2021 | $ 4,000.00 |
| Bill Pmt -Check | 2081 | 10/06/2021 | $ 11,286.59 |
| Bill Pmt -Check | 2509 | 10/07/2021 | $ 7,000.00 |
| Bill Pmt -Check | 2526 | 10/13/2021 | $ 1,355.00 |
| Bill Pmt -Check | 2098 | 10/14/2021 | $ 7,200.00 |
| Bill Pmt -Check | 41401 | 10/15/2021 | $ 150.00 |
| Bill Pmt -Check | 41403 | 10/15/2021 | $ 250.00 |
| Bill Pmt -Check | 41411 | 10/15/2021 | $ 150.00 |
| Bill Pmt -Check | 2101 | 10/18/2021 | $ 3,100.97 |
| Bill Pmt -Check | 2546 | 10/18/2021 | $ 5,950.00 |
| Bill Pmt -Check | 2106 | 10/19/2021 | $ 480.00 |
| Bill Pmt -Check | 2108 | 10/20/2021 | $ 875.97 |
| Bill Pmt -Check | 2556 | 10/20/2021 | $ 3,300.00 |
| Bill Pmt -Check | 2563 | 10/21/2021 | $ 17,900.00 |
| Bill Pmt -Check | 2121 | 10/25/2021 | $ 6,800.00 |
| Bill Pmt -Check | 2125 | 10/26/2021 | $ 34.66 |
| Bill Pmt -Check | 2583 | 10/26/2021 | $ 9,450.00 |
| Bill Pmt -Check | 2595 | 11/02/2021 | $ 3,150.00 |
| Bill Pmt -Check | 2602 | 11/02/2021 | $ 4,150.00 |
| Bill Pmt -Check | 2144 | 11/04/2021 | $ 5,457.10 |
| Bill Pmt -Check | 2150 | 11/04/2021 | $ 14,738.75 |
| Bill Pmt -Check | 2153 | 11/05/2021 | $ 2,584.26 |
| Bill Pmt -Check | 2160 | 11/09/2021 | $ 4,000.00 |
| Bill Pmt -Check | 2643 | 11/09/2021 | $ 12,450.00 |
| Bill Pmt -Check | 2164 | 11/10/2021 | $ 6,262.56 |
| Bill Pmt -Check | 2661 | 11/10/2021 | $ 1,850.00 |
| Bill Pmt -Check | 2665 | 11/11/2021 | $ 1,900.00 |
| Bill Pmt -Check | 2666 | 11/11/2021 | $ 250.00 |
| Bill Pmt -Check | 2668 | 11/12/2021 | $ 6,050.00 |
| Bill Pmt -Check | 2176 | 11/16/2021 | $ 80.00 |
| Bill Pmt -Check | 2678 | 11/16/2021 | $ 2,650.00 |

| | | | | |
|---|---|---|---|---:|
| | Bill Pmt -Check | 2178 | 11/17/2021 $ | 2,724.64 |
| | Bill Pmt -Check | 2182 | 11/19/2021 $ | 1,595.98 |
| | Bill Pmt -Check | 2690 | 11/19/2021 $ | 8,050.00 |
| | Bill Pmt -Check | 2701 | 11/23/2021 $ | 12,650.00 |
| | Bill Pmt -Check | 2196 | 11/25/2021 $ | 8,880.00 |
| | Bill Pmt -Check | 2716 | 11/26/2021 $ | 4,750.00 |
| | Bill Pmt -Check | 2726 | 11/29/2021 $ | 10,900.00 |
| | Bill Pmt -Check | 2205 | 11/30/2021 $ | 8,302.14 |
| | Bill Pmt -Check | 2738 | 12/02/2021 $ | 1,350.00 |
| | Bill Pmt -Check | 2739 | 12/02/2021 $ | 250.00 |
| | Bill Pmt -Check | 2741 | 12/03/2021 $ | 4,650.00 |
| | Bill Pmt -Check | 2211 | 12/06/2021 $ | 1,400.00 |
| | Bill Pmt -Check | 2762 | 12/06/2021 $ | 450.00 |
| | Bill Pmt -Check | 2219 | 12/07/2021 $ | 6,150.00 |
| | Bill Pmt -Check | 2224 | 12/08/2021 $ | 4,645.20 |
| | Bill Pmt -Check | 2230 | 12/10/2021 $ | 14,000.00 |
| | Bill Pmt -Check | 2788 | 12/10/2021 $ | 7,150.00 |
| | Bill Pmt -Check | 2797 | 12/14/2021 $ | 1,087.50 |
| | Bill Pmt -Check | 2806 | 12/14/2021 $ | 7,300.00 |
| | Bill Pmt -Check | 2807 | 12/14/2021 $ | 6,150.00 |
| | Bill Pmt -Check | 2813 | 12/15/2021 $ | - |
| | Bill Pmt -Check | 2237 | 12/16/2021 $ | 3,500.00 |
| | Bill Pmt -Check | 2818 | 12/16/2021 $ | 1,300.00 |
| | Bill Pmt -Check | 2819 | 12/16/2021 $ | 55.00 |
| | Bill Pmt -Check | 2824 | 12/17/2021 $ | 650.00 |
| | Bill Pmt -Check | | 12/31/2021 $ | - |
| | | | **2021 =** $ | **627,873.87** |
| **2022** | | | | |
| | Bill Pmt -Check | 2247 | 01/03/2022 $ | 80.00 |
| | Bill Pmt -Check | 2860 | 01/05/2022 $ | 1,750.00 |
| | Bill Pmt -Check | 2874 | 01/07/2022 $ | 12,450.00 |
| | Bill Pmt -Check | 2881 | 01/10/2022 $ | 35,770.00 |
| | Bill Pmt -Check | 2262 | 01/11/2022 $ | 6,000.00 |
| | Bill Pmt -Check | 2895 | 01/11/2022 $ | 5,150.00 |
| | Bill Pmt -Check | 2265 | 01/12/2022 $ | 5,110.19 |
| | Bill Pmt -Check | 2909 | 01/12/2022 $ | 14,580.00 |
| | Bill Pmt -Check | 2910 | 01/12/2022 $ | 250.00 |
| | Bill Pmt -Check | 2914 | 01/13/2022 $ | 6,550.00 |
| | Bill Pmt -Check | 2917 | 01/14/2022 $ | 5,150.00 |
| | Bill Pmt -Check | 2271 | 01/18/2022 $ | 12,000.00 |
| | Bill Pmt -Check | 2929 | 01/18/2022 $ | 3,750.00 |
| | Bill Pmt -Check | 2935 | 01/19/2022 $ | 1,419.00 |
| | Bill Pmt -Check | 2277 | 01/20/2022 $ | 13,455.42 |
| | Bill Pmt -Check | 2943 | 01/20/2022 $ | 11,300.00 |
| | Bill Pmt -Check | 2962 | 01/25/2022 $ | 7,150.00 |
| | Bill Pmt -Check | 2963 | 01/25/2022 $ | 900.00 |

| | | | | |
|---|---|---|---|---:|
| Bill Pmt -Check | 2287 | 01/26/2022 | $ | 2,994.92 |
| Bill Pmt -Check | 2290 | 01/27/2022 | $ | 80.00 |
| Bill Pmt -Check | 2298 | 01/31/2022 | $ | 24.33 |
| Bill Pmt -Check | 2993 | 01/31/2022 | $ | 3,650.00 |
| Bill Pmt -Check | 2997 | 02/01/2022 | $ | 6,150.00 |
| Bill Pmt -Check | 2307 | 02/04/2022 | $ | 2,000.00 |
| Bill Pmt -Check | 3014 | 02/04/2022 | $ | 12,300.00 |
| Bill Pmt -Check | 3020 | 02/07/2022 | $ | 3,900.00 |
| Bill Pmt -Check | 3021 | 02/07/2022 | $ | 150.00 |
| Bill Pmt -Check | 3022 | 02/07/2022 | $ | 225.00 |
| Bill Pmt -Check | 3028 | 02/08/2022 | $ | 6,450.00 |
| Bill Pmt -Check | 3036 | 02/09/2022 | $ | 5,600.00 |
| Bill Pmt -Check | 3073 | 02/17/2022 | $ | 2,650.00 |
| Bill Pmt -Check | 3078 | 02/18/2022 | $ | 3,150.00 |
| Bill Pmt -Check | 3079 | 02/18/2022 | $ | 250.00 |
| Bill Pmt -Check | 3087 | 02/21/2022 | $ | 13,950.00 |
| Bill Pmt -Check | 3082 | 02/22/2022 | $ | 7,650.00 |
| Bill Pmt -Check | 3089 | 02/23/2022 | $ | 3,950.00 |
| Bill Pmt -Check | 2339 | 02/24/2022 | $ | 160.00 |
| Bill Pmt -Check | 2340 | 02/25/2022 | $ | 59.65 |
| Bill Pmt -Check | 3102 | 02/25/2022 | $ | 6,150.00 |
| Bill Pmt -Check | 2344 | 02/25/2022 | $ | 80.00 |
| Bill Pmt -Check | | 02/25/2022 | $ | - |
| Bill Pmt -Check | 3114 | 03/01/2022 | $ | 6,750.00 |
| Bill Pmt -Check | 3120 | 03/02/2022 | $ | 750.00 |
| Bill Pmt -Check | 3129 | 03/04/2022 | $ | 2,250.00 |
| Bill Pmt -Check | 2355 | 03/07/2022 | $ | 3,612.00 |
| Bill Pmt -Check | 3139 | 03/08/2022 | $ | 6,200.00 |
| Bill Pmt -Check | 3144 | 03/09/2022 | $ | 4,550.00 |
| Bill Pmt -Check | 2365 | 03/10/2022 | $ | 2,700.00 |
| Bill Pmt -Check | 3149 | 03/10/2022 | $ | 7,800.00 |
| Bill Pmt -Check | 3165 | 03/14/2022 | $ | 11,450.00 |
| Bill Pmt -Check | 2375 | 03/15/2022 | $ | 870.00 |
| Bill Pmt -Check | 3169 | 03/15/2022 | $ | 10,050.00 |
| Bill Pmt -Check | 3170 | 03/15/2022 | $ | 270.00 |
| Bill Pmt -Check | 3158 | 03/16/2022 | $ | 350.00 |
| Bill Pmt -Check | 2381 | 03/17/2022 | $ | 22.70 |
| Bill Pmt -Check | 3177 | 03/18/2022 | $ | 2,550.00 |
| Bill Pmt -Check | 2385 | 03/18/2022 | $ | 80.00 |
| Bill Pmt -Check | 3194 | 03/22/2022 | $ | 7,150.00 |
| Bill Pmt -Check | 3196 | 03/23/2022 | $ | 4,150.00 |
| Bill Pmt -Check | 3207 | 03/25/2022 | $ | 5,150.00 |
| Bill Pmt -Check | 3230 | 03/31/2022 | $ | 2,500.00 |
| Bill Pmt -Check | 3241 | 04/04/2022 | $ | 11,700.00 |
| Bill Pmt -Check | 3246 | 04/05/2022 | $ | 7,150.00 |
| Bill Pmt -Check | 3247 | 04/05/2022 | $ | 225.00 |
| Bill Pmt -Check | 3264 | 04/11/2022 | $ | 3,000.00 |

| | | | | |
|---|---|---|---|---:|
| Bill Pmt -Check | 3267 | 04/11/2022 | $ | 9,300.00 |
| Bill Pmt -Check | 3273 | 04/12/2022 | $ | 1,250.00 |
| Bill Pmt -Check | 3274 | 04/12/2022 | $ | 150.00 |
| Bill Pmt -Check | 2437 | 04/14/2022 | $ | 15,824.54 |
| Bill Pmt -Check | 2445 | 04/18/2022 | $ | 7,000.00 |
| Bill Pmt -Check | 3292 | 04/18/2022 | $ | 21,050.00 |
| Bill Pmt -Check | 3293 | 04/18/2022 | $ | 290.00 |
| Bill Pmt -Check | 2449 | 04/19/2022 | $ | 40.00 |
| Bill Pmt -Check | 3309 | 04/20/2022 | $ | 2,050.00 |
| Bill Pmt -Check | 3315 | 04/21/2022 | $ | 11,600.00 |
| Bill Pmt -Check | 3316 | 04/21/2022 | $ | 250.00 |
| Bill Pmt -Check | 2456 | 04/26/2022 | $ | 80.00 |
| Bill Pmt -Check | 3340 | 04/27/2022 | $ | 10,150.00 |
| Bill Pmt -Check | 2466 | 05/03/2022 | $ | 400.00 |
| Bill Pmt -Check | 3365 | 05/04/2022 | $ | 2,850.00 |
| Bill Pmt -Check | 3372 | 05/09/2022 | $ | 11,550.00 |
| Bill Pmt -Check | 2479 | 05/11/2022 | $ | 1,042.10 |
| Bill Pmt -Check | 3407 | 05/18/2022 | $ | 4,150.00 |
| Bill Pmt -Check | 3411 | 05/19/2022 | $ | 18,600.00 |
| Bill Pmt -Check | 3419 | 05/20/2022 | $ | 9,150.00 |
| Bill Pmt -Check | 3431 | 05/24/2022 | $ | 11,450.00 |
| Bill Pmt -Check | 3436 | 05/26/2022 | $ | 9,150.00 |
| Bill Pmt -Check | 3438 | 05/27/2022 | $ | 10,400.00 |
| Bill Pmt -Check | 2507 | 05/30/2022 | $ | 1,000.00 |
| Bill Pmt -Check | 2514 | 05/31/2022 | $ | 80.00 |
| Bill Pmt -Check | 3445 | 05/31/2022 | $ | - |
| Bill Pmt -Check | 3446 | 05/31/2022 | $ | 250.00 |
| Bill Pmt -Check | 2515 | 06/01/2022 | $ | 3,200.00 |
| Bill Pmt -Check | 3449 | 06/01/2022 | $ | 7,200.00 |
| Bill Pmt -Check | 3452 | 06/02/2022 | $ | 7,150.00 |
| Bill Pmt -Check | 3462 | 06/07/2022 | $ | 6,150.00 |
| Bill Pmt -Check | 3468 | 06/08/2022 | $ | 3,350.00 |
| Bill Pmt -Check | 2539 | 06/14/2022 | $ | 2,731.67 |
| Bill Pmt -Check | 2546 | 06/16/2022 | $ | 80.00 |
| Bill Pmt -Check | 2552 | 06/21/2022 | $ | 9,600.00 |
| Bill Pmt -Check | 3518 | 06/21/2022 | $ | 3,150.00 |
| Bill Pmt -Check | 3532 | 06/23/2022 | $ | 2,350.00 |
| Bill Pmt -Check | 3549 | 06/28/2022 | $ | - |
| Bill Pmt -Check | 3545 | 06/28/2022 | $ | 800.00 |
| Bill Pmt -Check | 3546 | 06/28/2022 | $ | 7,181.00 |
| Bill Pmt -Check | 3554 | 06/29/2022 | $ | 7,150.00 |
| Bill Pmt -Check | 2570 | 06/30/2022 | $ | 80.00 |
| Bill Pmt -Check | 3578 | 07/05/2022 | $ | 4,750.00 |
| Bill Pmt -Check | 3587 | 07/06/2022 | $ | 1,150.00 |
| Bill Pmt -Check | 3590 | 07/08/2022 | $ | 7,850.00 |
| Bill Pmt -Check | 3598 | 07/12/2022 | $ | 6,275.00 |
| Bill Pmt -Check | 3607 | 07/13/2022 | $ | 3,400.00 |

| Type | Num | Date | Amount |
|---|---|---|---|
| Bill Pmt -Check | 3608 | 07/13/2022 | $ 300.00 |
| Bill Pmt -Check | 3611 | 07/14/2022 | $ 7,300.00 |
| Bill Pmt -Check | 3614 | 07/15/2022 | $ 5,150.00 |
| Bill Pmt -Check | 3619 | 07/18/2022 | $ 11,600.00 |
| Bill Pmt -Check | 3635 | 07/19/2022 | $ 1,600.00 |
| Bill Pmt -Check | 3648 | 07/22/2022 | $ 50.00 |
| Bill Pmt -Check | 3653 | 07/22/2022 | $ 1,750.00 |
| Bill Pmt -Check | 3657 | 07/25/2022 | $ 11,750.00 |
| Bill Pmt -Check | 3665 | 07/26/2022 | $ 550.00 |
| Bill Pmt -Check | 3666 | 07/26/2022 | $ 220.00 |
| Bill Pmt -Check | 2602 | 07/27/2022 | $ 80.00 |
| Bill Pmt -Check | 3668 | 07/27/2022 | $ 8,300.00 |
| Bill Pmt -Check | 3672 | 07/28/2022 | $ 4,150.00 |
| Bill Pmt -Check | 3683 | 07/29/2022 | $ 6,150.00 |
| Bill Pmt -Check | 3692 | 08/02/2022 | $ 11,300.00 |
| Bill Pmt -Check | 3704 | 08/04/2022 | $ 5,650.00 |
| Bill Pmt -Check | 2624 | 08/09/2022 | $ 160.00 |
| Bill Pmt -Check | 3717 | 08/09/2022 | $ 9,950.00 |
| Bill Pmt -Check | 3733 | 08/11/2022 | $ 5,450.00 |
| Bill Pmt -Check | 3737 | 08/12/2022 | $ 5,150.00 |
| Bill Pmt -Check | 3749 | 08/17/2022 | $ 1,250.00 |
| Bill Pmt -Check | 3754 | 08/18/2022 | $ 4,350.00 |
| Bill Pmt -Check | 3781 | 08/24/2022 | $ 6,150.00 |
| Bill Pmt -Check | 3785 | 08/25/2022 | $ 3,350.00 |
| Bill Pmt -Check | 2650 | 08/30/2022 | $ 400.00 |
| Bill Pmt -Check | 3798 | 08/30/2022 | $ 8,550.00 |
| Bill Pmt -Check | 2654 | 08/31/2022 | $ 80.00 |
| Bill Pmt -Check | 3809 | 08/31/2022 | $ 6,500.00 |
| Bill Pmt -Check | 3812 | 09/01/2022 | $ 170.00 |
| Bill Pmt -Check | 3820 | 09/02/2022 | $ 4,350.00 |
| Bill Pmt -Check | 2661 | 09/08/2022 | $ 1,018.38 |
| Bill Pmt -Check | 3829 | 09/08/2022 | $ 9,300.00 |
| Bill Pmt -Check | 3832 | 09/08/2022 | $ 11,220.00 |
| Bill Pmt -Check | 3841 | 09/09/2022 | $ 10,220.00 |
| Bill Pmt -Check | 3834 | 09/09/2022 | $ - |
| Bill Pmt -Check | 2671 | 09/09/2022 | $ 160.00 |
| Bill Pmt -Check | 2674 | 09/09/2022 | $ 300.00 |
| Bill Pmt -Check | 3853 | 09/09/2022 | $ 7,505.00 |
| Bill Pmt -Check | 3848 | 09/13/2022 | $ 2,150.00 |
| Bill Pmt -Check | 3856 | 09/14/2022 | $ 17,300.00 |
| Bill Pmt -Check | 3863 | 09/15/2022 | $ 2,100.00 |
| Bill Pmt -Check | 2685 | 09/16/2022 | $ 1,000.00 |
| Bill Pmt -Check | 3866 | 09/16/2022 | $ 8,650.00 |
| Bill Pmt -Check | 3868 | 09/16/2022 | $ 100.00 |
| Bill Pmt -Check | 3876 | 09/19/2022 | $ 9,750.00 |
| Bill Pmt -Check | 3880 | 09/20/2022 | $ 7,150.00 |
| Bill Pmt -Check | 3895 | 09/22/2022 | $ 4,910.00 |

| | Type | Num | Date | | Amount |
|---|---|---|---|---|---:|
| | Bill Pmt -Check | 3898 | 09/22/2022 | $ | 7,100.00 |
| | Bill Pmt -Check | 3912 | 09/28/2022 | $ | 4,746.00 |
| | Bill Pmt -Check | 2701 | 09/30/2022 | $ | 1,429.00 |
| | Bill Pmt -Check | 3927 | 10/03/2022 | $ | 6,000.00 |
| | Bill Pmt -Check | 3928 | 10/03/2022 | $ | 125.00 |
| | Bill Pmt -Check | 3931 | 10/04/2022 | $ | 2,550.00 |
| | Bill Pmt -Check | 3943 | 10/07/2022 | $ | 4,225.83 |
| | Bill Pmt -Check | 2710 | 10/07/2022 | $ | 80.00 |
| | Bill Pmt -Check | 3950 | 10/11/2022 | $ | 2,011.51 |
| | Bill Pmt -Check | 2721 | 10/12/2022 | $ | 160.00 |
| | Bill Pmt -Check | 3964 | 10/13/2022 | $ | 747.20 |
| | Bill Pmt -Check | 2728 | 10/17/2022 | $ | 400.00 |
| | Bill Pmt -Check | 3972 | 10/17/2022 | $ | 845.34 |
| | Bill Pmt -Check | 3984 | 10/20/2022 | $ | 4,900.00 |
| | Bill Pmt -Check | 3992 | 10/21/2022 | $ | 4,200.00 |
| | Bill Pmt -Check | 3997 | 10/21/2022 | $ | 150.00 |
| | Bill Pmt -Check | 4003 | 10/24/2022 | $ | 555.00 |
| | Bill Pmt -Check | 2736 | 10/24/2022 | $ | 40.00 |
| | Bill Pmt -Check | 3988 | 10/28/2022 | $ | - |
| | Bill Pmt -Check | 4036 | 11/01/2022 | $ | 8,800.00 |
| | Bill Pmt -Check | 4038 | 11/01/2022 | $ | 250.00 |
| | Bill Pmt -Check | 4045 | 11/02/2022 | $ | 1,650.00 |
| | Bill Pmt -Check | 4046 | 11/02/2022 | $ | 220.00 |
| | Bill Pmt -Check | 4059 | 11/07/2022 | $ | 3,934.00 |
| | Bill Pmt -Check | 2757 | 11/07/2022 | $ | 160.00 |
| | Bill Pmt -Check | 4086 | 11/07/2022 | $ | 225.00 |
| | Bill Pmt -Check | 4068 | 11/08/2022 | $ | 3,350.00 |
| | Bill Pmt -Check | 4089 | 11/14/2022 | $ | 150.00 |
| | Bill Pmt -Check | 4099 | 11/15/2022 | $ | 3,085.00 |
| | Bill Pmt -Check | 4125 | 11/21/2022 | $ | 8,850.00 |
| | Bill Pmt -Check | 2775 | 11/21/2022 | $ | 2,947.97 |
| | Bill Pmt -Check | 4127 | 11/22/2022 | $ | 7,237.25 |
| | Bill Pmt -Check | 2780 | 11/23/2022 | $ | 80.00 |
| | Bill Pmt -Check | 4136 | 11/24/2022 | $ | 650.00 |
| | Bill Pmt -Check | 4145 | 11/28/2022 | $ | 4,150.00 |
| | Bill Pmt -Check | 4171 | 12/06/2022 | $ | 2,150.00 |
| | Bill Pmt -Check | 4184 | 12/09/2022 | $ | 8,425.00 |
| | Bill Pmt -Check | 2797 | 12/09/2022 | $ | 6,714.49 |
| | | | | **2022 = $** | **896,259.49** |
| **2023** | | | | | |
| | Bill Pmt -Check | 2799 | 01/03/2023 | $ | 160.00 |
| | Bill Pmt -Check | 2808 | 01/04/2023 | $ | 1,239.86 |
| | Bill Pmt -Check | 4222 | 01/05/2023 | $ | - |
| | Bill Pmt -Check | 2813 | 01/05/2023 | $ | 1,097.93 |
| | Bill Pmt -Check | 5053 | 01/10/2023 | $ | 4,900.00 |
| | Bill Pmt -Check | 2818 | 01/10/2023 | $ | 4,392.74 |

| | | | | |
|---|---|---|---|---|
| Bill Pmt -Check | 4230 | 01/11/2023 | $ | - |
| Bill Pmt -Check | 5061 | 01/11/2023 | $ | 3,550.00 |
| Bill Pmt -Check | 5068 | 01/12/2023 | $ | 3,750.00 |
| Bill Pmt -Check | 2827 | 01/12/2023 | $ | 382.08 |
| Bill Pmt -Check | 2829 | 01/13/2023 | $ | 160.00 |
| Bill Pmt -Check | 2831 | 01/17/2023 | $ | 160.00 |
| Bill Pmt -Check | 5078 | 01/17/2023 | $ | 4,650.00 |
| Bill Pmt -Check | 2833 | 01/17/2023 | $ | 1,015.13 |
| Bill Pmt -Check | 5084 | 01/18/2023 | $ | 9,550.00 |
| Bill Pmt -Check | 2837 | 01/20/2023 | $ | 40.00 |
| Bill Pmt -Check | 5099 | 01/24/2023 | $ | 3,000.00 |
| Bill Pmt -Check | 5103 | 01/25/2023 | $ | 2,650.00 |
| Bill Pmt -Check | 5152 | 01/30/2023 | $ | 6,150.00 |
| Bill Pmt -Check | 5154 | 01/31/2023 | $ | 700.00 |
| Bill Pmt -Check | 5177 | 02/02/2023 | $ | 650.00 |
| Bill Pmt -Check | 5179 | 02/03/2023 | $ | 1,535.45 |
| Bill Pmt -Check | 5191 | 02/07/2023 | $ | 3,750.00 |
| Bill Pmt -Check | 5192 | 02/07/2023 | $ | 250.00 |
| Bill Pmt -Check | 2858 | 02/07/2023 | $ | 160.00 |
| Bill Pmt -Check | 5234 | 02/13/2023 | $ | 5,750.00 |
| Bill Pmt -Check | 2870 | 02/14/2023 | $ | 80.00 |
| Bill Pmt -Check | 5240 | 02/15/2023 | $ | 6,024.12 |
| Bill Pmt -Check | 5241 | 02/15/2023 | $ | 220.00 |
| Bill Pmt -Check | 5242 | 02/15/2023 | $ | 220.00 |
| Bill Pmt -Check | 2874 | 02/17/2023 | $ | 120.88 |
| Bill Pmt -Check | 5249 | 02/20/2023 | $ | 4,150.00 |
| Bill Pmt -Check | 5258 | 02/20/2023 | $ | 3,659.37 |
| Bill Pmt -Check | 5253 | 02/21/2023 | $ | 8,200.00 |
| Bill Pmt -Check | 5254 | 02/21/2023 | $ | 250.00 |
| Bill Pmt -Check | 5263 | 02/22/2023 | $ | 2,384.83 |
| Bill Pmt -Check | 5267 | 02/23/2023 | $ | 700.00 |
| Bill Pmt -Check | 5273 | 02/24/2023 | $ | 3,800.00 |
| Bill Pmt -Check | 5275 | 02/28/2023 | $ | 7,150.00 |
| Bill Pmt -Check | 5276 | 02/28/2023 | $ | 650.00 |
| Bill Pmt -Check | 5284 | 03/01/2023 | $ | 4,150.00 |
| Bill Pmt -Check | 5290 | 03/02/2023 | $ | 7,250.00 |
| Bill Pmt -Check | 5198 | 03/07/2023 | $ | 2,647.83 |
| Bill Pmt -Check | 2860 | 03/07/2023 | $ | 33.60 |
| Bill Pmt -Check | 2899 | 03/09/2023 | $ | 160.00 |
| Bill Pmt -Check | 2904 | 03/13/2023 | $ | 160.00 |
| Bill Pmt -Check | 5306 | 03/14/2023 | $ | 2,500.00 |
| Bill Pmt -Check | 5313 | 03/15/2023 | $ | 4,150.00 |
| Bill Pmt -Check | 5203 | 03/16/2023 | $ | 18,720.00 |
| Bill Pmt -Check | 5317 | 03/17/2023 | $ | 5,850.00 |
| Bill Pmt -Check | 5324 | 03/21/2023 | $ | 5,900.00 |
| Bill Pmt -Check | 5228 | 03/22/2023 | $ | 29,202.00 |
| Bill Pmt -Check | 5229 | 03/22/2023 | $ | 28,150.00 |

| | | | | |
|---|---|---|---|---|
| Bill Pmt -Check | 5369 | 03/31/2023 | $ | 2,750.00 |
| Bill Pmt -Check | 5370 | 03/31/2023 | $ | 250.00 |
| Bill Pmt -Check | 5343 | 04/05/2023 | $ | 3,300.00 |
| Bill Pmt -Check | 5344 | 04/05/2023 | $ | 280.00 |
| Bill Pmt -Check | 2922 | 04/05/2023 | $ | 160.00 |
| Bill Pmt -Check | 5348 | 04/07/2023 | $ | 6,350.00 |
| Bill Pmt -Check | 2925 | 04/10/2023 | $ | 160.00 |
| Bill Pmt -Check | 5356 | 04/12/2023 | $ | 8,750.00 |
| Bill Pmt -Check | 5434 | 05/05/2023 | $ | 5,900.00 |
| Bill Pmt -Check | 5435 | 05/05/2023 | $ | 250.00 |
| Bill Pmt -Check | 5436 | 05/05/2023 | $ | 150.00 |
| Bill Pmt -Check | 2964 | 05/09/2023 | $ | 59.06 |
| Bill Pmt -Check | 5450 | 05/12/2023 | $ | 5,750.00 |
| Bill Pmt -Check | 2967 | 05/15/2023 | $ | 160.00 |
| Bill Pmt -Check | 5468 | 05/18/2023 | $ | 2,370.00 |
| Bill Pmt -Check | 5481 | 05/23/2023 | $ | 1,675.00 |
| Bill Pmt -Check | 2976 | 05/24/2023 | $ | 641.49 |
| Bill Pmt -Check | 5493 | 05/30/2023 | $ | 532.00 |
| Bill Pmt -Check | 5494 | 05/30/2023 | $ | 250.00 |
| Bill Pmt -Check | 2981 | 05/30/2023 | $ | 160.00 |
| Bill Pmt -Check | 5499 | 05/31/2023 | $ | 7,150.00 |
| Bill Pmt -Check | 5513 | 06/02/2023 | $ | 1,350.00 |
| Bill Pmt -Check | | 06/05/2023 | $ | - |
| Bill Pmt -Check | 5517 | 06/06/2023 | $ | 2,150.00 |
| Bill Pmt -Check | 2994 | 06/12/2023 | $ | 160.00 |
| Bill Pmt -Check | 5548 | 06/19/2023 | $ | 3,151.00 |
| Bill Pmt -Check | 5549 | 06/19/2023 | $ | 250.00 |
| Bill Pmt -Check | 1021 | 06/19/2023 | $ | 5,684.72 |
| Bill Pmt -Check | 5565 | 06/22/2023 | $ | - |
| Bill Pmt -Check | 5566 | 06/22/2023 | $ | - |
| Bill Pmt -Check | 5587 | 06/22/2023 | $ | 4,345.54 |
| Bill Pmt -Check | 5588 | 06/27/2023 | $ | 250.00 |
| Bill Pmt -Check | 5594 | 06/29/2023 | $ | 229.58 |
| Bill Pmt -Check | 3010 | 06/29/2023 | $ | 9,543.38 |
| Bill Pmt -Check | 5599 | 07/03/2023 | $ | 10,150.00 |
| Bill Pmt -Check | 5603 | 07/04/2023 | $ | 3,750.00 |
| Bill Pmt -Check | 5604 | 07/04/2023 | $ | 250.00 |
| Bill Pmt -Check | 3018 | 07/06/2023 | $ | 452.06 |
| Bill Pmt -Check | 3022 | 07/07/2023 | $ | 120.00 |
| Bill Pmt -Check | 3024 | 07/13/2023 | $ | 160.00 |
| Bill Pmt -Check | 5641 | 07/17/2023 | $ | 1,800.00 |
| Bill Pmt -Check | 3029 | 07/18/2023 | $ | 7,000.00 |
| Bill Pmt -Check | 5660 | 07/24/2023 | $ | 5,150.00 |
| Bill Pmt -Check | 5661 | 07/24/2023 | $ | 250.00 |
| Bill Pmt -Check | 3041 | 07/25/2023 | $ | 40.00 |
| Bill Pmt -Check | 5676 | 07/28/2023 | $ | 11,800.00 |
| Bill Pmt -Check | 5686 | 08/01/2023 | $ | 6,550.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Bill Pmt -Check | 5695 | 08/07/2023 | $ | 1,350.00 |
| | Bill Pmt -Check | 3055 | 08/07/2023 | $ | 160.00 |
| | Bill Pmt -Check | 3060 | 08/08/2023 | $ | 120.00 |
| | Bill Pmt -Check | 5708 | 08/10/2023 | $ | 4,260.00 |
| | Bill Pmt -Check | 3063 | 08/15/2023 | $ | 40.00 |
| | Bill Pmt -Check | 3067 | 08/23/2023 | $ | 407.33 |
| | | | | **PRE-PD TPA = $** | **1,858,230.34** |
| **TPA PETITION DATE** | Bill Pmt -Check | 5737 | **08/25/2023** | $ | 4,000.00 |
| | Check | 5641 | 08/31/2023 | $ | 1,800.00 |
| | Check | 5661 | 08/31/2023 | $ | 250.00 |
| | Check | 5695 | 8/31/2023 | $ | 1,350.00 |
| | Check | 5737 | 8/31/2023 | $ | 4,000.00 |
| | Check | 2925 | 8/31/2023 | $ | 160.00 |
| | Check | 3068 | 8/31/2023 | $ | 408.33 |
| | Check | 1110 | 9/30/2023 | $ | 7,400.00 |
| | Check | 1010 | 9/30/2023 | $ | 568.33 |
| | Bill Payment (Check) | 1080 | 10/5/2023 | $ | 150.00 |
| | Bill Payment (Check) | 1084 | 10/5/2023 | $ | 150.00 |
| | Bill Payment (Check) | 1085 | 10/5/2023 | $ | 2,843.00 |
| | Bill Payment (Check) | 1088 | 10/5/2023 | $ | 7,400.00 |
| | Bill Payment (Check) | 1090 | 10/5/2023 | $ | 150.00 |
| | Bill Payment (Check) | 1091 | 10/5/2023 | $ | 2,600.00 |
| | Bill Payment (Check) | 1098 | 10/5/2023 | $ | 5,000.00 |
| | Bill Payment (Check) | 1148 | 10/10/2023 | $ | 3,475.35 |
| | Bill Payment (Check) | 1149 | 10/10/2023 | $ | 150.00 |
| | Bill Payment (Check) | 1150 | 10/10/2023 | $ | 150.00 |
| | Bill Payment (Check) | 1168 | 10/12/2023 | $ | 2,500.00 |
| | Bill Payment (Check) | 1170 | 10/12/2023 | $ | 150.00 |
| | Bill Payment (Check) | 1179 | 10/12/2023 | $ | 4,200.00 |
| | Bill Payment (Check) | 1214 | 10/19/2023 | $ | 2,800.00 |
| | Bill Payment (Check) | 1215 | 10/19/2023 | $ | 150.00 |
| | Bill Payment (Check) | 1309 | 11/3/2023 | $ | 150.00 |
| | Bill Payment (Check) | 1313 | 11/3/2023 | $ | 6,000.00 |
| | Bill Payment (Check) | 1333 | 11/9/2023 | $ | 583.34 |
| | Bill Pmt -Check | 42184 | 11/21/2023 | $ | 150.00 |
| | Bill Pmt -Check | 42191 | 11/21/2023 | $ | 150.00 |
| | Bill Payment (Check) | 1438 | 11/30/2023 | $ | 3,000.00 |
| | Bill Payment (Check) | 1453 | 11/30/2023 | $ | 3,600.00 |
| | Bill Payment (Check) | 1464 | 12/12/2023 | $ | 7,078.60 |
| | Bill Payment (Check) | 1467 | 12/12/2023 | $ | 1,336.00 |
| | Bill Payment (Check) | 1468 | 12/12/2023 | $ | 500.00 |
| | Bill Payment (Check) | 1474 | 12/15/2023 | $ | 3,500.00 |
| | Bill Payment (Check) | 1476 | 12/15/2023 | $ | 6,000.00 |
| | | | | **2023 = $** | **417,949.93** |

| | | | | | |
|---|---|---|---|---|---|
| **2024** | | | | | |
| | | | | PRE-PD MG = $ | 1,942,083.29 |
| MG PETITION DATE | Bill Payment (Check) | Bill.com | **02/06/2024** | $ | 150.00 |
| | Bill Payment (Check) | Bill.com | **02/06/2024** | $ | 3,889.00 |
| | Bill Payment (Check) | Bill.com | **02/06/2024** | $ | 3,889.00 |
| | Bill Payment (Check) | Bill.com | <u>**02/06/2024**</u> | $ | 150.00 |
| | Bill Payment (Check) | Bill.com | 02/07/2024 | $ | 960.00 |
| | Bill Payment (Check) | Bill.com | 02/07/2024 | $ | 160.00 |
| | Bill Payment (Check) | Bill.com | 02/07/2024 | $ | 160.00 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 150.00 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 1,400.00 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 7,069.00 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 1,823.26 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 150.00 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 564.22 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 2,810.68 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 250.00 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 6,000.00 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 150.00 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 583.33 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 1,500.00 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 150.00 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 150.00 |
| | Bill Payment (Check) | | 02/28/2024 | $ | 5,250.00 |
| | Bill Payment (Check) | | 03/15/2024 | $ | 5,794.27 |
| | Bill Payment (Check) | | 03/19/2024 | $ | 6,350.00 |
| | Bill Payment (Check) | | 03/22/2024 | $ | 3,400.00 |
| | Bill Payment (Check) | | 04/15/2024 | $ | 1,000.00 |
| | Bill Payment (Check) | | 05/28/2024 | $ | 3,660.86 |
| | Bill Payment (Check) | #P24053102 - 7314986 | 06/03/2024 | $ | 14,662.11 |
| | Bill Payment (Check) | | 06/18/2024 | $ | 337.89 |
| | Bill Payment (Check) | | 07/22/2024 | $ | 950.00 |
| | Bill Payment (Check) | | 08/19/2024 | $ | 7,464.00 |
| | Bill Payment (Check) | | 10/29/2024 | $ | 1,750.00 |
| | | | | 2024 = $ | 82,727.62 |
| **2025** | | | | | |
| | Bill Payment (Check) | | 01/28/2025 | $ | 1,070.00 |
| | Bill Payment (Check) | #P24053102 - 7314997 | 02/19/2025 | $ | 1,880.00 |
| | Bill Payment (Check) | | 03/03/2025 | $ | 590.00 |
| | Bill Payment (Check) | | 03/03/2025 | $ | 40.00 |
| | Bill Payment (Check) | #P24053102 - 7315001 | 03/03/2025 | $ | 160.00 |
| | Bill Payment (Check) | | 04/28/2025 | $ | 40.00 |
| | Bill Payment (Check) | | 05/08/2025 | $ | 40.00 |
| | | | | 2025 = $ | 3,820.00 |
| | PRE-PD MG = $ | 1,942,083.29 | PRE-PD TPA = $ | 1,858,230.34 | |
| | POST-PD MG = $ | 86,547.62 | POST-PD TPA = $ | 170,400.57 | |
| | | | TOTAL $ | 2,028,630.91 | |